**SEALED**



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH NKUNZI, and ) <br> SAFIA AHMED, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CASE NO. <br> 2:13-MJ-0212 CKD <br><br> [PROPOSED] ORDER SEALING DOCUMENTS |

    Having reviewed the government's request to seal in the above-captioned case, and good cause appearing therefrom, I hereby grant the government's motion to seal the criminal complaint, the arrest warrant, and the supporting affidavit until further order of the Court.

DATED: July 15th, 2013

_____
HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE