BENJAMIN B. WAGNER
United States Attorney
MICHELE M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 30 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JOSEPH NKUNZI,<br><br>          Defendant. | CASE NO. 2:13-MJ-212 CKD<br><br>[PROPOSED] ORDER TO UNSEAL ARREST WARRANT |

The government's request to unseal the Arrest Warrant and this case is GRANTED.

Dated: July 30, 2013

_____
HON. ALLISON CLAIRE
U.S. Magistrate Judge