IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOSEPH NKUNZI,<br><br>                    Defendant. | CASE NO. 2:13-CR-272 KJM<br><br>ORDER REGARDING RESTITUTION |

       As provided by the stipulation of the parties, and for good cause shown,

       IT IS HEREBY ORDERED that defendant Joseph Nkunzi shall pay restitution in the total amount of $792,129. The court finds that the victims identified by the parties' stipulation are entitled to restitution. As provided by 18 U.S.C. § 3664(d)(3), these and other victims may petition the court for a modification of the restitution order if they discover further losses that are subject to the defendant's restitution obligations under the plea agreement.

       The defendant's restitution obligations under this agreement and order shall be joint and several with his codefendant, Safia Ahmed, to the extent the court determines she is liable for restitution in this case, and only to the extent of such liability.

       The defendant may seek to have his restitution obligation credited by the amount of net proceeds from the vehicles he forfeited through the remission or restoration process.

       Payment of restitution shall be made by cashier's check, payable to the Clerk of the Court for the Eastern District of California.

As provided by 18 U.S.C. § 3664(k), the defendant shall notify the court and the Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution.

The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding.

The restitution hearing presently set for June 3, 2015, is hereby VACATED.

DATED:  June 1, 2015.

_____
UNITED STATES DISTRICT JUDGE