ŏ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Kimberly J. Mueller
United States District Judge
Sacramento, California

**RE: Joseph Nkunzi**
**Docket Number: 2:13CR00272-01**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Joseph Nkunzi is requesting permission to travel to Guangzhou, China. Joseph Nkunzi is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 21, 2015, Joseph Nkunzi was sentenced for the offense of 18 U.S.C. §§ 1349 and 2326, Conspiracy to Commit Mail Fraud; Enhanced Penalties Based on Telemarketing Conduct Victimizing Persons Over Age 55.

**Sentence Imposed:** He was sentenced to 51 months custody in the Bureau of Prisons, 36 months on supervised release, $100 special assessment, and $792,129 restitution.

**Dates and Mode of Travel:** The offender plans to travel from May 25, 2018, to June 1, 2018. His mode of travel is by air.

**Purpose:** The offender is requesting to visit his mother, as she is very ill.

**RE: Joseph Nkunzi**
**Docket Number: 2:13CR00272-01**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,
***/s/ Brian Bedrosian for***

Marlene DeOrian
Sr. United States Probation Officer

Dated: May 17, 2018
Fresno, California
MKD

**REVIEWED BY:** ***/s/ Brian Bedrosian for***
**Tim D. Mechem**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved ☐ Disapproved

DATED: May 18, 2018.

UNITED STATES DISTRICT JUDGE